**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CARL HARRIS, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-cv-000553-ECM-SMD** |
| | ) | |
| **THE CITY OF OZARK,** | ) | |
| **ALABAMA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO DISMISS BY THE CITY OF OZARK, MARLOS WALKER, AND JIMMY CULBREATH**

Under Federal Rule of Civil Procedure 12(b)(6), the City of Ozark, former Ozark police chief Marlos Walker, and former Ozark police lieutenant Jimmy Culbreath move to dismiss the amended complaint (Doc. 29) for failure to state a claim upon which relief can be granted. Chief Walker and Lt. Culbreath assert the qualified immunity defense against both counts of the amended complaint.

*/s/ James H. Pike*

James H. Pike
Alabama State Bar Number ASB-5168-P63J
SHEALY, PIKE, HORNSBY & FREEMAN
P.O. Box 6346
Dothan, Alabama 36302-6346
Telephone (334) 677-3000
Facsimile (334) 677-0030
jpike@shealypikelaw.com

– and –

*/s/ Joseph W. Adams*
Joseph W. Adams
Alabama State Bar Number ASB-3743-A34J
P.O. Box 1487
Ozark, Alabama 36361
Telephone (334) 774-5533
Facsimile (334) 774-1252
joe@joeadamslaw.org

*Attorneys for Defendants, the City of Ozark, Marlos Walker, and Jimmy Culbreath*

**Certificate of Service**

I, James H. Pike, certify that on March 17, 2022, I electronically served this document, via the CM/ECF system, upon:

David J. Harrison
P.O. Box 994
Geneva, Alabama 36340

Joseph W. Adams
P.O. Box 1487
Ozark, Alabama 36361

*/s/ James H. Pike*
James H. Pike