IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARL HARRIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO.  1:21CV553-ECM |
| | ) | (wo) |
| THE CITY OF OZARK, ALABAMA, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Court's Orders in this case, final judgment is entered in favor of the Defendants and against Carl Harris, Jr.

The Clerk is DIRECTED to close this case.

DONE this 27th Day of May, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE